Beechwood Avenue Sewer (5).   Pittsburg's Appeal (5).

Argued Nov. 4, 1896.   Appeal, No. 145, Oct. T., 1896, by the city of Pittsburg, from order of C. P. No. 1, Allegheny Co., June T., 1896, No. 97, sustaining an appeal from award of viewers.   Before STERRETT, C. J., GREEN, WILLIAMS, MITCHELL, DEAN and FELL, JJ.   Affirmed.

*T. D. Carnahan,* with him *Clarence Burleigh,* for city of Pittsburg, appellant.

*Marshall Brown,* for heirs of Alexander King, deceased, appellees.

OPINION BY MR. JUSTICE DEAN, January 4, 1897:

For the reasons given in the City of Pittsburg's appeal from same decree as this, Hoeveler's case, supra, 494, opinion handed down this day, the decree of the court below is affirmed.